EDWARD H. KUBO, JR.         2499
United States Attorney

FLORENCE T. NAKUKUNI        2286
Assistant U.S. Attorney

MICHAEL K. KAWAHARA         1460
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Mike.Kawahara@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 4 2004

at 10 o'clock and 03 min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> MARK NIELSEN, ) <br> ) <br> Defendant. ) <br> ) | CRIM. NO. CR04-00264 HG <br><br> INDICTMENT <br> [21 U.S.C. 841(a)(1)] |

## INDICTMENT

The Grand Jury charges that:

On or about July 1, 2004 in the District of Hawaii, defendant Mark Nielsen knowingly and intentionally possessed with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(A).

DATED: Honolulu, Hawaii, July 14, 2004.

A TRUE BILL.

/s/

GRAND JURY FOREPERSON

EDWARD H. KUBO, JR.
United States Attorney

By _____
FLORENCE T. NAKAKUNI
  Assistant U.S. Attorney

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney


USA v. Nielsen, USDC-Hawaii, Indictment.