EDWARD H. KUBO, JR.          2499
United States Attorney

FLORENCE T. NAKUKUNI         2286
Assistant U.S. Attorney

MICHAEL K. KAWAHARA          1460
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Mike.Kawahara@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 04 2004

at ___ o'clock and ___ ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. 04-0264HG |
| ) | |
| Plaintiff, ) | FIRST SUPERSEDING INDICTMENT |
| ) | [21 U.S.C. 841(a)(1)] |
| VS. ) | |
| ) | |
| MARK NIELSEN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### FIRST SUPERSEDING INDICTMENT

The Grand Jury charges that:

On or about July 1, 2004 in the District of Hawaii, defendant Mark Nielsen knowingly and intentionally possessed with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, to wit: approximately 497.5 grams (net weight) of d-methamphetamine hydrochloride with a purity of 68%, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(A).

DATED: Honolulu, Hawaii, August 4, 2004.

A TRUE BILL.

/s/
_____
GRAND JURY FOREPERSON

EDWARD H. KUBO, JR.
United States Attorney

By _____
FLORENCE T. NAKAKUNI
Assistant U.S. Attorney

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

USA v. Nielsen, USDC-Hawaii, First Superseding Indictment, USDC-Hawaii Cr. No. 04-0264HG.